IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **DELLWAYNE PRICE,** | : | |
| **Plaintiff,** | : | |
| v. | : | Case No.: 5:23-cv-00009-MTT-CHW |
| **C COLLIER,** | : | Proceedings Under 42 U.S.C. § 1983 |
| | : | Before the U.S. Magistrate Judge |
| **Defendant.** | : | |

## ORDER

Pending before the Court are two motions from *pro se* Plaintiff Dellwayne Price, a motion for appointment of counsel (Doc. 22) and a motion for settlement (Doc. 27). Neither of these motions has merit.

Plaintiff previously filed a motion requesting appointment of counsel, which was denied. (Docs. 19, 20). Plaintiff has filed another motion requesting that the Court appoint an attorney to represent him. (Doc. 22). Plaintiff's case and status are unchanged since his last motion to appoint an attorney, and his current motion raises no new grounds for appointment of counsel. His latest motion for appointment of counsel (Doc. 22) is **DENIED** for the reasons explained in the Court's previous order.

Plaintiff has also filed a document titled "Settlement" (Doc. 27), in which he "move[s] this Court for a settlement" and requests $80,000 in compensatory damages, $80,000 in punitive damages, $80,000 in attorney's fees, and unspecified court costs. This

motion requests relief that the Court is not authorized to grant and is hereby **DENIED**.

**SO ORDERED**, this 19th day of July, 2023.

s/ Charles H. Weigle<br>
Charles H. Weigle<br>
United States Magistrate Judge