IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **DELLWAYNE PRICE,** | : | |
| Plaintiff, | : | |
| v. | : | Case No.: 5:23-cv-00009-MTT-CHW |
| **C COLLIER,** | : | Proceedings Under 42 U.S.C. § 1983 |
| | : | Before the U.S. Magistrate Judge |
| Defendant. | : | |

## REPORT & RECOMMENDATION

Pending before the Court are two motions (Docs. 29, 31) from *pro se* Plaintiff Dellwayne Price, both entitled "Order to Show Cause for a Preliminary Injunction and a Temporary Restraining [Order]." Both filings seek the preservation and production of a video from November 1, 2022, and ask that defendant follow discovery rules or otherwise refrain from violating Plaintiff's rights.

Plaintiff made a similar request when he filed his complaint. (Doc. 1-2). As the recommendation to deny that motion explained, Plaintiff's request did not address any of the factors necessary to show he is entitled to injunctive relief and was best read as a discovery request. (Doc. 7, p. 6-7). Plaintiff's present filings do not cure these deficients. Moreover, any discovery request for video evidence is premature because discovery is stayed except for matters related to exhaustion. (Doc. 26).

Based on the foregoing, Plaintiff's requests for orders to show cause for a preliminary injunction and temporary restraining order (Docs. 29, 31) are construed as premature motions for discovery and are **DENIED**.

**SO ORDERED**, this 6th day of October, 2023.

s/ Charles H. Weigle<br>
Charles H. Weigle<br>
United States Magistrate Judge